JM:CAO
F.#2009R01890

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MOHAMMAD IDRIS,

        Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 12-569
(T. 26, U.S.C., § 7201;
T. 18, U.S.C., §§ 2 and
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNTS ONE THROUGH THREE</u>
(Tax Evasion)

On or about the dates set forth below, within the Eastern District of New York, the defendant MOHAMMAD IDRIS, a resident of Staten Island, New York, together with others, did knowingly and willfully attempt to evade and defeat substantial income tax due and owing by him to the United States of America, for the calendar years 2006, 2007 and 2008, by filing and causing to be filed with the Internal Revenue Service false and fraudulent United States Individual Income Tax Returns, Forms 1040, for the calendar years 2006, 2007 and 2008, wherein he stated that he had no taxable income and no taxes due and owing, whereas as the defendant MOHAMMAD IDRIS then and there well knew

and believed, his actual taxable income and the taxes due and owing thereon were substantially greater, as set forth below:

| COUNT | APPROXIMATE FILING DATE | REPORTED TAXABLE INCOME | REPORTED TAX DUE | CORRECTED TAXABLE INCOME | CORRECTED TAX DUE |
|---|---|---|---|---|---|
| 1 | April 15, 2007 | $0 | $0 | $704,857 | $228,459 |
| 2 | April 15, 2008 | $0 | $0 | $488,683 | $151,424 |
| 3 | April 15, 2009 | $0 | $0 | $36,625 | $3,491 |

(Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 2 and 3551 et seq.)

*[signature]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK